# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| EDDIE WILLIAM NIEVES | : | Civil Action No. 10-1589 (JHR) |
| Plaintiff, | : | |
| vs. | : | |
| | : | ORDER |
| TOP NOTCH GRANITE & MARBLE LLC, JOHN DOES 1-5 and 6-10 | : | |
| Defendants. | : | |

Presently before the Court is the letter request of Plaintiff Eddie Nieves for an extension of time to comply with this Court's July 19, 2011 Order; and the Court having considered the submission of the Plaintiff; and for good cause having been shown,

IT IS on this 21st day of July, 2011 hereby

ORDERED that Plaintiff Eddie Nieves SHALL provide the Court with additional information justifying the damages he seeks consistent with this ORDER no later than August 17, 2011.

/s/ Joseph H. Rodriguez
JOSEPH H. RODRIGUEZ,
United States District Judge